**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT 21 2024 3:13 P

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GMIER McCALL,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. § 241 |

**THE UNITED STATES ATTORNEY CHARGES:**

At all times relevant to this Information:

1. The defendant, **GMIER McCALL**, was incarcerated at the Franklin County Corrections Center (FCCC) in Franklin County, Ohio, within the Southern District of Ohio.

2. Victim A also was incarcerated at the FCCC, and, at the time of the offense, he was present in the state of Ohio.

3. Deputy 1, a Franklin County Sheriff's Office deputy, worked at the FCCC and was responsible for the safety of the inmates, including Victim A.

4. At the time of the incident described in Count 1, Deputy 1 was on duty and working at FCCC.

**COUNT 1
(Conspiracy Against Rights)**

5. On or about March 11, 2022, in the Southern District of Ohio, the defendant, **GMIER McCALL**, while acting under color of law, knowingly and willfully conspired with others known and unknown to the United States, including Deputy 1, to injure, oppress, threaten,

and intimidate Victim A, in the free exercise and enjoyment of his right, protected by the Constitution or laws of the United States, to be free from the deprivation of life and liberty without due process of law.

**In violation of 18 U.S.C. § 241.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ Jessica W. Knight*
**JESSICA W. KNIGHT (0086615)**
**Assistant United States Attorney**

KRISTEN CLARKE
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

*/s/ Cameron A. Bell*
**CAMERON A. BELL (305872 CA)**
**Trial Attorney**